# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BFI WASTE SYSEMS OF LOUISIANA, LLC** | * | **CIVIL ACTION NO. 2:18-CV-1085** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **S & S SPRINKLER CO., ET AL.** | * | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment [Doc. No. 15] is GRANTED. Plaintiff BFI Waste Systems of Louisiana, LLC's claims against Defendants S & S Sprinkler Co., LLC, and Zurich American Insurance Company are **DISMISSED WITH PREJUDICE** as prescribed under Louisiana law.

Monroe, Louisiana, this 22nd day of January, 2019.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**